1056

[No. 62308-7-I. Division One. August 24, 2009.]

*In the Matter of the Parentage and Support of C.R.W.*

SCOTT RUSSELL WALKER, *Petitioner*, v. MARIA CHRISTINA RUACHO, *Respondent*.

*In the Matter of the Custody of C.R.W.*

CHRISTOPHER RUACHO ET AL., *Respondents*, v. SCOTT RUSSELL WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-3-00356-4, Susan K. Cook, J., entered August 14, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, A.C.J., and Ellington, J.

[No. 62397-4-I. Division One. August 24, 2009.]

PAUL WILLIAMS, *Appellant*, v. DORIS RYAN ET AL., *Defendants*, ANTONIO HOLGUIN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-13967-8, Richard J. Thorpe, J., entered August 26, 2008. *Reversed* and *remanded* by unpublished opinion per Agid, J., concurred in by Cox and Ellington, JJ.

[No. 62639-6-I. Division One. August 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE E. WOODRING IV, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-02345-8, Jim Rogers, J., entered October 16, 2008. *Remanded* by unpublished per curiam opinion.